No. 03–5289. EDWARDS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–5290. DOWDY v. CASTERLINE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–5291. CLAUSEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5292. HUTCHINS v. CRAWFORD, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5294. SAWYER v. HOLDER, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–5295. GOHRING v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5296. GORDON v. CONLEY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–5298. ELLIS v. MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–5299. EVANS v. HERRERA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5300. DIAZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5301. CHARLTON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–5302. STEWART v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5303. REYNA-TAPIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5305. SIMPSON-BEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5306. ROBINSON v. HOOKS ET AL. C. A. 3d Cir. Certiorari denied.